# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMAR GREEN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 19-2919** |
| | : | |
| **KEVIN KAUFFMAN,** *et al.* | : | |

# ORDER

**AND NOW**, this 26th day of August 2020, upon careful and independent consideration of the Petition for a writ of habeas corpus (ECF Doc. No. 2), the Response to the Petition (ECF Doc. No. 11), United States Magistrate Judge Timothy R. Rice's June 1, 2020 Report and Recommendation (ECF Doc. No. 12), Petitioner's Objections (ECF Doc. No. 22), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **APPROVE** and **ADOPT** Judge Rice's June 1, 2020 Report and Recommendation (ECF Doc. No. 12) as we **overrule** Petitioner's Objections (ECF Doc. No. 22);

2. We **DENY** and **DISMISS** the Petition for a writ of habeas corpus (ECF Doc. No. 2) with prejudice;

3. We **DENY** a certificate of appealability; and,

4. The Clerk of Court shall **close** this case.

```
                                    _____
                                    KEARNEY, J.
```